**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORMAN HOEWISCHER, etc.,

     Plaintiff,

vs.                            Case No. 3:12-cv-1234-J-12JBT

DZ PLAZA I, LLC, etc.,

     Defendant.

_____

## ORDER

The cause is before the Court on Defendant's Motion to Dismiss Amended Complaint (Motion to Dismiss, Doc. 11) and Plaintiff's response in opposition (Doc. 15). Defendant seeks dismissal of Plaintiff's First Amended Complaint (Amended Complaint, Doc.9) pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief can be granted.

The Court has previously expressed concerns about the way in which much ADA litigation plays out. See Norkunas v. Seahorse NB, LLC, Case No. 3:09-cv-934-J-32MCR, 2011 WL 1988799, *6 (M.D. Fla. May 23, 2011), aff'd, 444 Fed. Appx. 412, (11th Cir. 2011). Nevertheless, here, plaintiff's amended complaint is more specific than most and states a cause of action under the prevailing legal standards. Morever, plaintiff's connection to the defendant's property is better-established than in some cases. Therefore, the Court will deny the motion to dismiss and place this case under an ADA Scheduling Order that the undersigned typically uses.

Accordingly, it is

**ORDERED:**

1.      Defendant's Motion to Dismiss Amended Complaint (Doc. 11) is denied.

2.      No later than **May 17, 2013**, defendant shall file its answer to Plaintiff's First

Amended Complaint (Doc. 9).

3.      A separate ADA Scheduling Order will issue shortly.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th  day of April, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

Copies to:      Counsel of Record